US TAX COURT
RECEIVED

FEB 16 2016

US TAX COURT
FILED

FEB 16 2016

USCA Case #16-1070     Document #1600826     Filed: 02/17/2016     Page 1 of 21

BRYON NEVIUS

       Petitioner(s)

                                PAPER FILED

          v.                       Docket No.    11959-15

COMMISSIONER OF INTERNAL REVENUE,

       Respondent

# NOTICE OF APPEAL

**NOTICE OF APPEAL TO THE DISTRICT OF COLUMBIA COURT OF APPEALS**

**United States Tax Court**

| | |
|---|---|
| Bryon Burton Nevius, *In propria Persona,* | ) |
| | ) |
| *Petitioner,* | ) |
| | ) |
| v. | ) **Docket No. 11959-15** |
| | ) |
| **COMMISSIONER OF INTERNAL REVENUE** | ) |
| | ) |
| *Respondent* | ) |

### NOTICE OF APPEAL

**Comes Now,** Bryon Burton Nevius, *In propria Persona,* ("Nevius") without Assistance of Counsel as a "citizen of Missouri" domiciled in one of the several States, being Missouri, as evidenced by the Public Record filed by **Attachment 1—Nevius's Certificate of Political Status, Citizenship and Allegiance** filed into the **Public Record of the State of Missouri in County of Moniteau with the Number of "2015-1042"** consisting of 5 pages on June 3rd, 2015 at 11:40:00 A.M.**";** and also, Nevius has exercised his right of suffrage as a "citizen of Missouri" in Missouri as evidenced by **Attachment 2—Missouri Voter Form** does hereby give **Notice of Appeal to the DISTRICT OF COLUMBIA CIRCUIT COURT OF APPEALS for a "FORMAL APPEAL" (not informal)** of the "public rights" doctrine issues from the Inquisitorial Independent Agency[1] Tax Court of the United States Docket Number **11959-15** "[that] is in the business of interpreting and applying the **internal revenue laws.**"[2] with its Final ORDER and DECISION entered on November 19th, 2015 at Docket 13 under Article I Section 18 as a Legislative Court; wherein "[A]nd so may vest courts of the **District** with administrative

---

[1] *Kuretski v. C.I.R.*, 755 F.3d 929, 933 (District of Columbia Cir. 2014).

[2] *Kuretski v. C.I.R.*, 755 F.3d 929, 943 (District of Columbia Cir. 2014).

or legislative functions which are not properly judicial, it may not do so with this court [Article III § 2], or any federal court established under article 3 of the Constitution[3]." The Courts of the United States in the District of Columbia ("the District") as "general jurisdictional" versus the "limited jurisdiction" arising under Article III § 2 are bound to also adjudicate the standing and venue of Nevuis arising under Article III § 2 of the Constitution of the United States, an under 28 U.S.C. § 1331–Laws of the United States and under 28 U.S.C. § 1291–"Laws of the United States" including but not limited to the disclosure of alleged of the "relationship" between "United States of America" and/or "United States" and/or the "Commissioner of Internal Revenue" and Bryon Burton Nevius on the issues of the "implied-in-law" contract(s) and on the issue of the "public rights" doctrine adjudicated in the Article I Section 18 Inquisitorial Tax Court in this instant case that Bryon Burton Nevius is NOT a "taxpayer" under the "Internal Revenue Laws" or the "Laws of the United States" and is not a "citizen of the United States" "subject to jurisdiction thereof for the "Internal Revenue[4]" in the District of Columbia.

The fee of $500.00 is including with this Notice of Appeal.

**My Hand,**

_____

[3] *Postum Cereal Co. Inc. v. California Fig Nut Co.,* 272 U.S. 693, 700-701 (1927).

[4] *Kuretski v. C.I.R.*, 755 F.3d 929, 941 (District of Columbia Cir. 2014). "[I]t is "settled" that the category of public rights includes matters of "internal revenue" and "taxation," at least at the pre-collection stage. *Atlas Roofing Co. v. Occupational Safety & Health Review Comm'n,* 430 U.S. 442, 450–51 & nn. 8–9, 97 S.Ct. 1261, 51 L.Ed.2d 464 (1977) (internal quotation marks omitted); *see Crowell v. Benson,* 285 U.S. 22, 50–51, 52 S.Ct. 285, 76 L.Ed. 598 (1932); *Murray's Lessee v. Hoboken Land & Improvement Co.,* 59 U.S. 272, 284, 18 How. 272, 15 L.Ed. 372 (1856)."

**Bryon Burton Nevius**
21355 Highway 179
Jamestown, Missouri 65046
660-849-2133
BBN7@centurytel.net

## Certificate of Service

I certify that this Notice of Appeal to the District of

Columbia Circuit Court of Appeals with the Attachments

were mailed first class via the USPS to the following

parties, to wit:


Tax Court of the United States
400 Second Street, NW
Washington, D.C. 20217
202-521-0700

Karen O. Myrick
Room  6.301A
1222 Spruce Street
St. Louis, Missouri 63103
314-612-3308

Date: 2-9-2016

Signature

MONITEAU COUNTY, CALIFORNIA MO  $36.00
MICHELE HIGGINS, RECORDER OF DEEDS

06/03/2015    #2015-1042
11:40:00AM    1 OF 5

STATE OF MISSOURI    } SS
COUNTY OF MONITEAU

I, Michele A. Higgins, Circuit Clerk & Recorder of Deeds of Moniteau
County, Missouri, hereby certify that the above and foregoing is a full
true and correct copy of *CERTIFICATE OF POLITICAL STATUS*
*CITIZEN STATUS & ALLEGIANCE # 2015-1042*
as fully as the same remains of record in my said office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the
seal of my said office this *3rd* day of *JUNE*, *2015*

*Michele Higgins* by *Camtn Steel*
Circuit Clerk, Recorder of Deeds        Deputy Clerk

TITLE OF DOCUMENT: CERTIFICATE OF POLITCAL STATUS, CITIZEN STATUS & ALLEGIANCE

DATE OF DOCUMENT: JUNE 3, 2015

GRANTOR – BRYAN B. NEVIUS

GRANTEE – BRYAN B. NEVIUS

**Attachment 1 - page 1 of 5**

MORITEAU COUNTY, CALIFORNIA MO  $36.00　　　　　　06/03/2015　　#2015-1042
MICHELE HIGGINS, RECORDER OF DEEDS　　　　　　　　　11:40:00AM　　2 OF 5

# *The United States of America*

### CERTIFICATE OF POLITICAL STATUS, CITIZEN STATUS AND ALLEGIANCE
### STATE OF Missouri       ) ss.
### The United States of America )

**Date:** June 3, 2015　**Personal description of the Holder of this Certificate of Political Status, Citizen Status and Allegiance:**

**True name** – Bryan Burton Nevius; **Date of Natural Birth** – August 16, 1954; **Location of Natural Birth** – Bloomington, Illinois; **Complexion** - white; **Race** – Caucasian;   **Color of eyes** – Blue; **Color of hair** – Light Brown/Gray; **Height** – 6 ft. 4 in.; **Weight** – 213 lbs.; **Visible distinctive marks** – none;  **Marital status** – Never Married;  **Nationality and Political Status** - Illinoisan, a native of the several States;  **Citizen status**: white citizen; and, American citizen;



and, citizen of the United States of America; and, Natural Born Native and citizen of the foreign state of Missouri domiciled in the territorial boundaries of Missouri, currently a citizen of Missouri and a qualified elector of Missouri.   I under oath certify that the facts herein are true and correct under the penalties of perjury and that the photograph affixed

hereto is a likeness of me.

  I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, State or sovereignty, of which I have been a subject or citizen, including any allegiance to or to be clothed with the fictional status of a "citizen of the United States" as a misnomer declared in 14 Stat. 27 codified in 42 U.S.C. §§§ 1981, 1982 and 1988 by Congress with said "citizen of the United States" memorialized in the Fourteenth Amendment having no direct access to the Bill of Rights Amendments One through Eight of the Constitution of the United States; and, with the Bill of Rights one though eight being "incorporated" at the discretion of the Courts of the United States into the fictional "citizen of the United States." Take Notice of the Fact that a "citizen of the United States" domiciled within the District of Columbia is NOT subject to the Fourteenth Amendment, but is a "qualified elector" as evidenced in DC ST § 1-1001.02(2)(B) clothed by and with the direct protections of the Bill of Rights Amendments one through eight.

  And further, I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity and any such use of the status of a "citizen of the United States" under the Plenary Power of Congress using "Acts of Congress" and/or "Laws of Congress" as follows:

**Attachment 1 - page 2 of 5**

Certificate of Political Status, Citizen Status and Allegiance     Page 1 of 4

MONITEAU COUNTY, CALIFORNIA MO  $36.00          06/03/2015   #2015-1042
MICHELE HIGGINS, RECORDER OF DEEDS              11:40:00AM    3 OF 5

# *The United States of America*

by and though using adhesion contracts, and/or by and though using the "public rights" doctrine of accepting some benefit(s); and/or, by and though using "implied-in-law contracts; and/or, by and through any means that I have accepted some benefit, *i.e.*, "That the United States, when it creates rights [benefits] against itself, is under no obligation to provide a remedy in the courts" (*United States v.* Babcock, 250 U.S. 328, 331 (1919) being any Court of the United States arising under Article III of the Constitution of the United States exercising the judicial Power of the United States in all Cases in Law and Equity with the only exceptions clothed under the law of necessity; and/or, that any State when it creates rights [benefits] against itself, is under no obligation to provide a remedy in a constitutional courts of one of the several States, with the only exceptions clothed under the law of necessity.

And further, I renounce, rescind my signature and abjure to all of the following: all adhesion contracts and documents known or unknown; and, all implied-in-law contracts and documents known or unknown, all "public rights" doctrine contracts and documents known or unknown; and, all other contracts, agreements and documents that would in any way attach or subject me by any means known or unknown with the only exception being under the Law of Necessity.

And further Congress may vest the Courts of the District of Columbia with administrative or legislative functions, which are not properly judicial, but it may not do so with any Federal Court established arising under Article III of the Constitution of the United States either directly or by appeal including any District Court of the United States, any United States District Court, any Circuit Court of Appeals and the Supreme Court of the United States. *Postum Cereal Co, Inc. v. California Fig Nut Co.*, 272 U.S. 693, 700-701 (1927).

And further, The plenary Power of Congress in the "District of Columbia" is evidenced by "Acts of Congress," "Laws of Congress" or "laws of the United States of America" including by not limited to the "Internal Revenue" Taxation of the National Government that is lawfully and legally confined within the District of Columbia under the Plenary Power of Congress.

And further, I further renounce, rescind my signature and abjure to a venue and jurisdiction not clothed within a constitutional court of one of the several States exercising the judicial Power of one of the several States with me unknowing waiving my unalienable rights secured in a particular constitution of whatever one of the several States I am domiciled with the only exception being under the Law of Necessity.

Attachment 1 - page 3 of 5

MONITEAU COUNTY, CALIFORNIA MO  $36.00
MICHELE HIGGINS, RECORDER OF DEEDS                    06/03/2015    #2015-1042
                                                      11:40:00AM        4 OF 5

# *The United States of America*

And further, I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity of the following: all regulations promulgated or enforced by all agencies of the "headless fourth branch of government" and "administrative state; and, all federal agencies especially those knowingly or unknowingly that are "independent agencies" or "independent establishments," and, all state agencies by and though all forms of grants, cooperative agreements, memorandums of understanding, agreements and documents known or unknown to me including but not limited the State Plans that are inextricably intertwined with federal agencies and federal regulations that are not "substantive regulations," *i.e.*, "legislative rules" as held in *Chrysler v. Brown*, 441 U.S. 281 (1979); and, only under the laws of necessity would I be subject to any such regulation(s) unless they are identified having the "force and effect of law" as a "substantive regulation," *i.e.*, a "legislative rule" in strict compliance with the Administrative Procedure Act of 1946 codified in 5 U.S.C. chapters 5-9; and, specifically identified in the "proposed rule" published in the Federal Register that said regulation(s) is in compliance with 5 U.S.C. § 553(b); and, specifically identified in the "final rule" published in the Federal Register stating compliance with 5 U.S.C. 553(b)(c)(d) and in compliance with 1 CFR § 21.40, 1 CFR § 21.41 and 1 CFR 21.43.

And further, that I have not knowingly or intentionally waived or surrendered any of my unalienable rights and birthright to any of the above, which is secured in this constitutional Republic founding documents including the Declaration of Independence, The Articles of Confederation, the Constitution of the United States and the constitution of one of the several States of this Union of States that I am currently domiciled; and, that I will support and defend the Constitution of the United States and Laws of the United States as amended by the qualified Electors of the several States against all enemies, either foreign or domestic; and, that I will support and defend the constitution the one of the several State as amended by the qualified Electors of the citizens of that particular one of the several States that I am currently domiciled against all enemies foreign and domestic; and, that I will bear true faith and allegiance to the Constitution of the United States and the constitution of the particular one of the several States that I am domiciled; and, that I take this obligation freely, without any mental reservation or purpose of evasion, so help me God.

**Attachment 1 - page 4 of 5**

Certificate of Political Status, Citizen Status and Allegiance                    Page 3 of 4

MONITEAU COUNTY, CALIFORNIA MO  $36.00          06/03/2015   #2015-1042
MICHELE HIGGINS, RECORDER OF DEEDS              11:40:00AM      5 OF 5

# *The United States of America*

(Complete and true signature of holder, Bryan Burton Nevius)

Sworn and subscribed before me on June 3, 2015, being a Notary Public in and for the State of Missouri.

My Commission expires on ___Nov 7, 2015___.

Signature of Notary Public

[SEAL]

> BETHANY M. PETHAN
> Notary Public, Notary Seal
> State of Missouri
> Moniteau County
> Commission # 11398332
> My Commission Expires November 07, 2015

## MISSOURI VOTER REGISTRATION APPLICATION

Use this application to:
1. Register to vote in any election in Missouri.
2. Register to vote when you move from one jurisdiction (St. Louis City, Kansas City, or any county) to another jurisdiction (St. Louis City, Kansas City, or any county) within Missouri.
3. Change the address on a current voter registration when you move within a jurisdiction.
4. Change the name on a current voter registration.

**Other information:**
1. You must be 18 years of age by the day of a particular election to be eligible to vote in that election.
2. If mailed, this form must be postmarked by the 4th Wednesday preceding an election to be eligible to vote in that election. If delivered in person, it must be received in the office of the election authority by the 4th Wednesday preceding an election. (See reverse for election calendar.)
3. Submitting this application to an individual other than the election authority does not insure timely voter registration.
4. After the election authority receives your voter registration application, you will be sent confirmation within 7 business days. If you do not receive confirmation, contact the election authority.
5. If you wish to serve as an election judge on election day please contact your local election authority and mark the box at the bottom of this form.
6. Optional—If registering by mail for the first time, please submit a copy of one of the following forms of identification: current or valid photo ID, current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address, birth certificate, Native American tribal document or other proof of United States citizenship. (You will be required to present identification when you vote.)

**Completing this form (All information is required unless indicated as optional):**
**Boxes 1 and 2 -- Citizen and Age Requirements**
Federal Law requires voter registration applicants to answer these two questions.
**Box 3 -- Type of Application**
Check appropriate box if this is a new registration or if you are changing a name or address on your current voter registration.
**Box 4 -- Name**
Put in this box your full name (Last, First, Middle). DO NOT use nicknames or initials. For name changes, Box 12 should contain your old name.

**Box 5 -- Home Address**
List your home address. DO NOT put your mailing address if it differs from your home address.
**Box 6 -- Mailing Address**
If you get your mail at an address other than your home address in Box 5, put that address here in this box.
**Box 7 -- Driver's License Number**
Required for registration unless you do not have a Driver's License. (§115.155, RSMo.) If you do not have a Driver's License, leave blank.
**Box 8 -- Last Four Digits of Social Security Number**
Required for registration unless you do not have a Social Security Number. (§115.155, RSMo, §115.155, RSMo.) If you do not have a Social Security Number, leave blank.
**Box 9 -- Date of Birth**
Place your date of birth in this box (Month, Day, Year). DO NOT USE TODAY'S DATE!
**Box 10 -- Place of Birth**
List your place of birth (city/county/state).
**Box 11 -- Daytime Phone Number (Optional)**
Please list a number where the election authority may contact you for clarification of information.
**Box 12 -- Last Voter Registration Information**
If you are currently registered, please list the name and address of your last registration including county and state.
**Box 13 -- Signature**
Review the information. If you meet the requirements and all is correct, sign your full name or make your mark and print today's date.
**Box 14 -- Rural Voters**
If you live in a rural area without a street address, please supply information which may help in placing you in the proper voting district.

---

**YOUR APPLICATION WILL BE CONFIRMED BY MAIL WITHIN SEVEN (7) BUSINESS DAYS OF ITS RECEIPT BY THE ELECTION AUTHORITY. PLEASE CONTACT THE ELECTION AUTHORITY IF YOU DO NOT RECEIVE NOTIFICATION.**

(DETACH HERE - KEEP TOP PORTION FOR YOUR RECORDS) This card is not proof of registration.



## MISSOURI VOTER REGISTRATION APPLICATION

**USE PEN - PLEASE PRINT CLEARLY**

| 1 ARE YOU A CITIZEN OF THE UNITED STATES OF AMERICA? [x] YES [ ] NO | 2 WILL YOU BE 18 YEARS OF AGE ON OR BEFORE ELECTION DAY? [x] YES [ ] NO |
|---|---|

**If you checked no in response to either of the above questions, do not complete this form.**

| 3 [x] NEW REGISTRATION [ ] ADDRESS CHANGE [ ] NAME CHANGE | FOR OFFICE USE ONLY REGISTRATION NO. |
|---|---|

| 4 LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX (JR, II ETC.) | [x] MALE [ ] FEMALE |
|---|---|---|---|---|
| NEVIUS | BRYAN | | | |

| 5 ADDRESS WHERE YOU LIVE (HOUSING, STREET, APT, RD OR RURAL ROUTE/NO BOX - NO PO BOXES) | CITY | COUNTY | ZIP CODE |
|---|---|---|---|
| 21355 HWY 179 | JAMESTOWN | Moniteau | 65046 |

| 6 ADDRESS WHERE YOU MAIL (REQUIRED IF DIFFERENT FROM #5 ABOVE) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | MO | |

| 7 DRIVER'S LICENSE NUMBER IF YOU DO NOT HAVE A DRIVER'S LICENSE, PLEASE LEAVE BLANK | 8 LAST 4 DIGITS OF SOCIAL SECURITY NUMBER IF YOU DO NOT HAVE A SOCIAL SECURITY NUMBER, PLEASE LEAVE BLANK. 7658 |
|---|---|

| 9 DATE OF BIRTH (MM/DD/YYYY) 8/16/1954 | 10 PLACE OF BIRTH (OPTIONAL) outside Fed. U.S. | 11 DAYTIME PHONE NO. (OPTIONAL) |
|---|---|---|

**12 NAME AND ADDRESS ON LAST VOTER REGISTRATION**
NAME _____
ADDRESS _____
CITY _____ STATE _____
COUNTY _____
If currently registered in another state or county please complete this box

I hereby certify that I am a citizen of Missouri and a resident in the state of Missouri, I am at least seventeen and one half years of age, I have not been adjudged incapacitated by any court of law. If I have been convicted of a felony or a misdemeanor connected with the right of suffrage, I have had the voting disabilities resulting from such conviction removed pursuant to law. I swear under penalty of perjury that all statements made on this card are true to the best of my knowledge and belief. I understand that if I register to vote knowing that I am not legally entitled to register, I am committing a class one election offense and may be punished by imprisonment of not more than five years or by a fine of between two thousand five hundred dollars and ten thousand dollars or by both such imprisonment and fine.

**14 RURAL VOTERS: COMPLETE THIS SECTION IF YOU LIVE OUTSIDE THE CITY LIMITS OF ANY CITY.**
I live ____ miles __E__ (N S E or W) of ____ (landmark or junction)
JAMESTOWN
Section, Township and range 10 46 14
My neighbors are ____

[ ] Check here if you are interested in working as an election judge.

Date _____ Signature _____

**Warning: Conviction for making a false statement may result in imprisonment for up to five years and/or a fine up to $10,000.**

MO 231-0159 (REVISED 04-07) *Required for registration pursuant to §115.155 RSMo and §115.159 RSMo.

---

**Attachment 2 - page 1 of 1**



**F**

US POSTAGE & FEES PAID
2 OZ FIRST-CLASS PKG RATE
NO SURCHARGE
COMMERCIAL BASE PRICING

062S0009340861
FROM 65046



stamps.com

02/09/2016

# USPS FIRST CLASS MAIL®

BRYON NEVIUS
21355 HIGHWAY 179
JAMESTOWN MO 65046

C000

SHIP TO:   United States Tax Court
           400 Second St. N.W.
           Washington DC 20217-0001

**USPS TRACKING #**



**9400 1118 9922 3759 9163 70**

U.S. Tax Court docket # 11959-15

*CO*



**UNITED STATES TAX COURT**
WASHINGTON, D.C. 20217
February 17, 2016

CLERK OF THE COURT

| | | |
|---|---|---|
| BRYON NEVIUS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Docket No. 11959-15. |
| | ) | |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF FILING OF NOTICE OF APPEAL

TO:

| | | |
|---|---|---|
| Mark J. Langer, Clerk<br>U. S. Court of Appeals for the<br> District of Columbia Circuit<br>U. S. Courthouse, Room 5423<br>333 Constitution Avenue NW<br>Washington, DC 20001-2866 | William J. Wilkins<br>Chief Counsel<br>Internal Revenue Service<br>1111 Constitution Ave, NW<br>Washington, DC 20224 | Bryon Nevius<br>21355 Highway 179<br>Jamestown, MO 65046 |

    The United States Court of Appeals for the D.C. Circuit and the parties are hereby notified that on February 16, 2016, the petitioner filed a Notice of Appeal from the decision of the Tax Court. A copy of that Notice of Appeal is herewith served upon you.

    The parties are hereby notified that the original papers constituting the record of the case in the United States Tax Court include any transcripts of proceedings.

    The parties are also notified that, pursuant to the direction of the Court of Appeals, the record in the case will be retained by the Clerk of the United States Tax Court, unless the record or a portion thereof is requested by the Court of Appeals.

    Counsel for the Commissioner of Internal Revenue are **GILBERT S. ROTHENBERG, CHIEF, APPELLATE SECTION, TAX DIVISION, UNITED STATES DEPARTMENT OF JUSTICE, P.O. BOX 502, WASHINGTON, D.C. 20044, UPON WHOM SERVICE OF DOCUMENTS AND PAPERS IN PROCEEDINGS IN THE COURT OF APPEALS IS TO BE MADE,** and William J. Wilkins, Chief Counsel, Internal Revenue Service.

Stephanie A. Servoss
Clerk of the Court

Enclosures: Certified Copy of Notice of Appeal and Docket Entries.
Fee Paid: Yes ✓ No_
Amount Paid: $500.00

**SERVED FEB 17 2016**

# U N I T E D   S T A T E S   T A X   C O U R T
## D O C K E T   E N T R I E S

**Docket No.**   011959-15                                                                 **INDEX**

Bryon Nevius

v. COMMISSIONER OF INTERNAL REVENUE

21355 Highway 179
Jamestown, MO  65046

| Petitioner Counsel | (Total 01) | | Respondent Counsel | (Total 02) |
|---|---|---|---|---|

PRO SE

OK0056     Myrick, Karen O.

1222 Spruce Street
Room 6.301A
Robert A. Young Building
St. Louis, MO  63103

HS0419     Haller, Stephen A.

1222 Spruce Street
Room 6.301A
Robert A. Young Building
St. Louis, MO  63103

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 05/07/2015 | PF | PETITION FILED by Petr. Bryon Nevius: FEE PAID | | R | 05/14/2015 | |
| 0002 | 05/14/2015 | OAPF | ORDER FOR AMENDED PETITION AND FILING FEE ON 06/29/15. | | B | 05/14/2015 | |
| 0003 | 07/06/2015 | PAP | AMENDED PETITION by Petr. Bryon Nevius (ATTACHMENTS) | | R | 07/14/2015 | |
| 0004 | 07/06/2015 | PSAP | SECOND AMENDED PETITION by Petr. Bryon Nevius (ATTACHMENTS) | | R | 07/20/2015 | |
| 0005 | 07/06/2015 | RQT | REQUEST FOR PLACE OF TRIAL AT KANSAS CITY, MO by Petr. Bryon Nevius | | R | 07/20/2015 | |
| 0006 | 07/17/2015 | NDNE | NOTICE OF DOCUMENTS FILED 7/6/2015 IN THE NATURE OF EVIDENCE | | B | 07/20/2015 | |
| 0007 | 08/17/2015 | M072 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED by Resp. (C/S 08/17/15) (EXHIBITS) (OBJECTION) | ORD  10/09/2015 | C | 08/17/2015 | |
| 0008 | 09/16/2015 | OPPO | OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED by Petr. Bryon Nevius (ATTACHMENTS) | | R | 09/16/2015 | |
| 0009 | 10/09/2015 | ODD | ORDER OF DISMISSAL AND DECISION ENTERED, JUDGE THORNTON. RESP'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED IS GRANTED. | | B | 10/09/2015 | |
| 0010 | 11/03/2015 | NRJR | NOTICE OF JUDICIAL RULING by Petr. Bryon Nevius | ORD  11/19/2015 | R | 11/03/2015 | |
| 0011 | 11/03/2015 | NRJR | NOTICE OF JUDICIAL RULING by Petr. Bryon Nevius | ORD  11/19/2015 | R | 11/03/2015 | |
| 0012 | 11/08/2015 | M120 | MOTION TO VACATE by Petr. Bryon Nevius | ORD  11/19/2015 | R | 11/08/2015 | |
| 0013 | 11/19/2015 | O | ORDER PETR'S. MOTION TO VACATE IS DENIED.  PETR'S. NOTICES OF JUDICIAL RULING IS DENIED. | | B | 11/20/2015 | |

USCA Case #16-1070     Document #1600826     Filed: 02/17/2016     Page 14 of 21

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|------|------|-------|--------------------------|--------------|--------|---|
| | | | **A P P E L L A T E   P R O C E E D I N G S** | | | |
| 0014 | 02/16/2016 | NOAP | NOTICE OF APPEAL BY PETR(S). TO U.S.C.A. D.C. CIR. (FEE PAID). | | B   02/17/2016 | |
| 0015 | 02/17/2016 | NOFC | NOTICE OF FILING W/ COPY OF NOT. OF APP. SENT TO THE PARTIES. | | B   02/17/2016 | |

# UNITED STATES TAX COURT
### WASHINGTON, DC 20217

| | |
|---|---|
| BRYON NEVIUS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket No.    11959-15. |
| | ) |
| COMMISSIONER OF INTERNAL REVENUE, | ) |
| | ) |
| Respondent | ) |

## O R D E R

By Order of Dismissal and Decision entered October 9, 2015, this case was dismissed for failure to state a claim upon which relief could be granted, and decision was entered against petitioner.  As noted in the Order of Dismissal and Decision, petitioner's filings made only arguments that this and other courts have long held to be frivolous.  See, e.g., Crain v. Commissioner, 737 F.2d 1417 (5th Cir. 1984), and its progeny.

On November 3, 2015, petitioner filed two documents, each entitled Notice of Judicial Ruling, asking the Court to take judicial notice of, inter alia, the United States Constitution.  Shortly thereafter, on November 8, 2015, petitioner filed a Motion To Vacate.  That motion makes no cogent argument that the Court erred in its Order of Dismissal and Decision entered October 9, 2015, but rather continues to advance frivolous arguments.  Taking judicial notice of the laws of the United States is neither necessary nor appropriate; in any event, the Court is familiar with the relevant laws.

Premises considered, it is

ORDERED that petitioner's Motion To Vacate, filed November 8, 2015, is denied.  It is further,

ORDERED that petitioner's notices of judicial ruling, filed November 3, 2015, are denied.

Michael B. Thornton
Chief Judge

Dated:   Washington, D.C.
         November 19, 2015

**SERVED Nov 20 2015**

## UNITED STATES TAX COURT
### WASHINGTON, DC 20217

| | |
|---|---|
| BRYON NEVIUS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket No.   11959-15. |
| | ) |
| COMMISSIONER OF INTERNAL REVENUE, | ) |
| | ) |
| Respondent | ) |

## <u>ORDER OF DISMISSAL AND DECISION</u>

By notices both dated April 16, 2015, respondent determined deficiencies in petitioner's Federal income tax, as well as additions to tax and accuracy-related penalties, as follows:

| <u>Tax Year</u> | <u>2006</u> | <u>2007</u> | <u>2008</u> | <u>2009</u> |
|---|---|---|---|---|
| Deficiency | $233,990.00 | $181,311.00 | $191,353.00 | $53,299.00 |
| IRC § 6651(a)(1) | $ 58,497.50 | $ 45,327.75 | $47,838.25 | $13,324.75 |
| IRC § 6662(a) | $ 46,798.00 | $ 36,262.20 | $38,270.60 | $10,659.80 |

Petitioner filed an imperfect petition to commence the instant case on May 7, 2015, stating, inter alia, that he lives "outside the statutory (DC) United States" despite his Missouri address.  He filed an Amended Petition on July 6, 2015, and a Second Amended Petition, also on July 6, 2015.  Each amended petition makes arguments that this and other courts have long-held to be frivolous--<u>see</u>, <u>e.g.</u>, <u>Crain v. Commissioner</u>, 737 F.2d 1417, 1417 (5th Cir. 1984), and its progeny-- suggesting that petitioner is not responsible for complying with the Internal Revenue laws because: petitioner is "not a 'citizen of the United States'" because he does not live in the District of Columbia or "the Territories"; that "there is no 'legal duty' for someone such as [petitioner] to file [Federal income tax forms]"; and that the "IRS Agent/IRS Officer did not disclose any fact of any Authority from the 'Laws of the Untied [sic] States' for this alleged 'Determination'".

On August 17, 2015, respondent filed a Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted. Petitioner filed an Opposition to respondent's motion on September 16, 2015.

Rule 34(b)(4) [1] requires that a petition contain clear and concise assignments of each and every error that the taxpayer alleges to have been committed by the Commissioner in the determination of the deficiencies and the additions to tax and/or penalties in dispute. Rule 34(b)(5) further requires that the petition contain clear and concise lettered statements of the facts on which the taxpayer bases the assignments of error. See Jarvis v. Commissioner, 78 T.C. 646, 658 (1982).

Giving due regard to the statements contained in respondent's motion, and giving petitioner not only the benefit of every doubt as we are required to do at this stage of the proceeding, see Hicks v. Small, 69 F.3d 967, 969 (9th Cir. 1995), but wide pleading latitude as a pro se litigant, see Estelle v. Gamble, 429 U.S. 97, 106 (1976), we find that nothing contained in the pleadings filed by petitioner or in his Opposition to respondent's motion gives rise to any justiciable issue. See Parker v. Commissioner, 117 F.3d 785 (5th Cir. 1997); White v. Commissioner, T.C. Memo. 1997-459; see also Crain v. Commissioner, 737 F.2d 1417, 1417 (5th Cir. 1984). None of petitioner's pleadings satisfy the requirements of Rule 34(b)(4) and (5), and there is neither assignment of error nor allegation of fact in support of any justiciable claim. In short, petitioner's allegations that he is "not a 'citizen of the United States' 'subject to the jurisdiction thereof' in the Fourteenth Amendment", that the Internal Revenue laws and the Internal Revenue Code only apply to the District of Columbia and to the Territories of the United States, and that "the Tax Court lacks jurisdiction to make a determination of any Subtitle A Income [tax] due and owing", as well as similar allegations, do not give rise to any justiciable claim.

Because the Petition, Amended Petition, and Second Amended Petition all fail to state a claim upon which relief can be granted, it is

ORDERED that respondent's Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted, filed August 17, 2015, is granted. It is further

---

[1] All Rule references are to the Tax Court Rules of Practice and Procedure, and all section references are to the Internal Revenue Code of 1986, as amended.

ORDERED AND DECIDED that there are deficiencies in Federal income tax, as well as additions to tax and accuracy-related penalties, due from petitioner as follows:

| Tax Year | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|
| Deficiency | $233,990.00 | $181,311.00 | $191,353.00 | $53,299.00 |
| IRC § 6651(a)(1) | $ 58,497.50 | $ 45,327.75 | $47,838.25 | $13,324.75 |
| IRC § 6662(a) | $ 46,798.00 | $ 36,262.20 | $38,270.60 | $10,659.80 |

*Michael B. Thornton*

Michael B. Thornton
Chief Judge

ENTERED:    **OCT 09 2015**

US TAX COURT
RECEIVED

NOV 8 2015
9:13 PM

SYM

US TAX COURT
eFILED

NOV 8 2015

BRYON NEVIUS

        Petitioner(s)

        v.

COMMISSIONER OF INTERNAL REVENUE,

        Respondent

ELECTRONICALLY FILED

Docket No.    11959-15

# MOTION TO VACATE

**United States Tax Court**

| | |
|---|---|
| **Bryon Burton Nevius,** *In propria Persona*, | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| v. | ) **Docket No. 11959-15** |
| | ) |
| **COMMISSIONER OF INTERNAL REVENUE** | ) **Electronically Filed.** |
| | ) |
| *Respondent* | ) |

**Motion to Vacate**

    **Comes Now,** Bryon Burton Nevius, *In propria Persona*, ("Nevius") without Assistance of Counsel as a "citizen of Missouri" domiciled in one of the several States, being Missouri, with this Motion to Vacate.

    Nevius has already put into the record the issues of the "Laws of the United States" are only adjudicated only arising under Article III for all Cases and Controversies exercising the judicial Power of the United States with the subject matter jurisdiction arising under 28 U.S.C. § 1331, which of course this Inquisitorial Court can't even appear to do.

    This Tax Court of the United States, being conclusively only an Inquisitorial Court with the Inquisitor being Inquisitor Thornton has only two issues unresolved to "rule" (sic) upon. They are the two judicial Notices in this Inquisitorial Court with Nevius understanding that the Tax Court of the United States only interprets and applies the "Internal Revenue Laws" using the "public rights" doctrine.

    As Inquisitor Thornton has made an *ipse dixit* determination that Nevius is a "taxpayer" prohibited by 28 U.S.C. § 2201 by the USDC arising under Article III in any of the several States, therein precluding the "Laws of the United States." Therefore, Nevius will await Inquisitor Thornton to on the record pick which Judicial Notice that this Inquisitorial Court is

using, with Nevius understanding that is no Rule of Law using the Law of the Land or the Laws of the United States in this Inquisitorial Court.

And further, with no remedy in any constitutional limited jurisdictional Court of the United States within the several States for any appeal except in the District of Columbia.

So in conclusion, Inquisitor Thornton, pick one of the judicial Notices.

/Bryon Burton Nevius