# United States Court of Appeals

### For The District of Columbia Circuit

_____

**No. 16-1070**　　　　　　　　　　　　　　　　　　**September Term, 2015**

**USTC-11959-15**

**Filed On:** July 13, 2016

Bryon Nevius,

      Appellant

      v.

Commissioner of Internal Revenue Service,

      Appellee

    **BEFORE:**    Kavanaugh and Srinivasan, Circuit Judges, and Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of the motion to dismiss or alternatively transfer the case, and the response thereto, it is

**ORDERED** that the alternative motion to transfer be granted. The proper venue for appellate review of the United States Tax Court's determination of appellant's tax liability for the years in question is the United States Court of Appeals for the circuit encompassing appellant's legal residence at the time his Tax Court petition was filed. See 26 U.S.C. § 7482(b)(1)(A); Estate of Israel v. Commissioner of IRS, 159 F.3d 593, 595 (D.C. Cir. 1998). Appellant offers no evidence to dispute the fact that when he filed the petition at issue, his legal residence was Missouri, which is located in the United States Court of Appeals for the Eighth Circuit. See 28 U.S.C. § 41. This appeal therefore will be transferred to the Eighth Circuit. See Alexander v. Commissioner, 825 F.2d 499 (D.C. Cir. 1987) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to transmit the original file, including a copy of this order, to the United States Court of Appeals for the Eighth Circuit.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                **By:**    /s/
                              Robert J. Cavello
                              Deputy Clerk